petitioners. *Messrs. Hugh M. Wilkinson* and *Severn T. Darden* for respondent.

No. 1280. LUKIN, ADMINISTRATRIX, ET AL. *v.* CHATTERTON. June 18, 1945. Petition for writ of certiorari to the Supreme Court of Montana denied. *Mr. E. J. McCabe* for petitioners. *Mr. H. C. Hall* for respondent.

No. 1281. MARTIN ET AL. *v.* SCHILLO ET AL. June 18, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Edward H. S. Martin* for petitioners. *Mr. S. Ashley Guthrie* for respondents.

No. 1283. JERRY VOGEL MUSIC CO., INC. *v.* FORSTER MUSIC PUBLISHERS, INC. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Arthur F. Driscoll* for petitioner. *Mr. Edwin P. Kilroe* for respondent.

No. 1284. STONESIFER ET VIR *v.* SWANSON ET AL., EXECUTORS, ET AL. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles R. Aiken* for petitioners. *Mr. Matthias Concannon* for respondents.

No. 1286. WISCONSIN PUBLIC SERVICE CORP. *v.* FEDERAL POWER COMMISSION; and

No. 1297. WISCONSIN *v.* FEDERAL POWER COMMISSION. June 18, 1945. Petitions for writs of certiorari to